IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01153-MSK-PAC

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

    Plaintiff,

v.

HUTCHINS INDUSTRIES, INC.,

    Defendant.

_____

**ORDER REGARDING MOTION FOR WITHDRAWAL**
_____

    THIS MATTER comes before the Court on the Motion for Withdrawal and Substitution of Counsel **(#7)** filed by counsel for Defendant Hutchens Industries, Inc. ("Hutchens"). The Court, having read the Motion and being fully advised HEREBY ORDERS that James C. Ruh of the law firm of Holme, Roberts & Owen, LLP. may withdraw as counsel for Hutchens. Hugh Q. Gottschalk and Julie M. Walker of the law firm of Wheeler Trigg Kennedy, LLP have entered their appearance by submission of the motion.

    DATED this 20th day of October, 2005.

                                                      **BY THE COURT:**

                                                      *Marcia S. Krieger* (signature)
                                                      _____

                                                      Marcia S. Krieger
                                                      United States District Judge