IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01153-MSK-PAC

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

       Plaintiff,

v.

HUTCHENS INDUSTRIES, INC.,

       Defendant.

---

### *AMENDED* ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to United States Magistrate Judge Patricia A. Coan to conduct proceedings in this action as follows:

- (X)    Convene a scheduling conference under FED. R. CIV. P. 16(b); enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2; and hear and determine any motions seeking amendment or modification of the Scheduling Order.

- (X)    Convene such settlement conferences as may facilitate resolution of this case.

- (X)    Hear and determine motions relating to discovery.

- (  )    Hear and determine such other non-dispositive motions as may be specifically referred.

- (  )    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on specifically referred dispositive motions.

**IT IS FURTHER ORDERED** that all pleadings shall be filed in compliance with this Court's Practice Standards - Civil (Revised as of January 2006) available at

www.co.uscourts.gov.

       Dated this 31st day of March, 2006

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge
