IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01153-MSK-PAC

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

    Plaintiff,

v.

HUTCHENS INDUSTRIES, INC.,

    Defendant.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **September 26, 2006 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel shall *bring their calendars*.

The parties shall be prepared to address: Joint Status Report and Request for *Markman* Hearing **(#39).**

Counsel may appear at this hearing by telephone.  To appear telephonically, counsel and *pro se* parties shall contact Barbara Wagner, at **303-335-2185** no later than two court days before the hearing to make telephone arrangements.

Dated this 23rd day of August, 2006

                                               **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge