IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01153-MSK-PAC

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

       Plaintiff,

v.

HUTCHENS INDUSTRIES, INC.,

       Defendant.

---

## ORDER DISMISSING CLAIM AND COUNTERCLAIM, AND STAYING SUCH ORDER UNTIL MAY 21, 2007

---

Pursuant to the Court's oral ruling made at the hearing held April 20, 2007,

**IT IS ORDERED** that:

(1)    Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff's claim of patent infringement and the Defendant's counterclaim of patent noninfringement are **DISMISSED**, with prejudice, and the Defendant's counterclaim of patent invalidity is **DISMISSED**, without prejudice.

(2)    This Order is stayed until **May 21, 2007.**  On such date, the Clerk of Court shall close the case.

Dated this 20th day of April, 2007

           **BY THE COURT:**

           *Marcia S. Krieger*
           _____
           Marcia S. Krieger
           United States District Judge